KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
DANIEL OCHOA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-F-12-cr-438 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO RE-SET COURT DATE FOR CHANGE OF PLEA TO 7/22/13 at 8:30 am (Previously set on 7/8/2013) |
| v. | |
| DANIEL OCHOA, | |
| Defendant. | |

It is hereby stipulated between counsel for the government and counsel for the defense as follows:

That the previously scheduled date of Monday, July 8, 2013 at 8:30 a.m. be rescheduled to Monday, July 22, 2013 at 8:30 a.m. based on the following:

Counsel HART has two matters set in Merced Superior Court on the Merced Superior Court 8:30 a.m. calendar on July 8, 2013; a calendar conflict occurred because when the OCHOA matter was scheduled by an attorney standing in for HART for a change of plea, counsel HART was appearing in Merced Superior Court, setting future dates on July

1

1    8, 2013 for two cases; thus the calendar conflict was accidental.

2    The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Accordingly, counsel request that the court approve the attached order resetting the court appearance for the change of plea from July 8, 2013 at 8:30 a.m. to July 22, 2013 at 8:30 a.m.

DATED: June 28, 2013          /kh/ Katherine Hart
                              KATHERINE HART

DATED: June 28, 2013          /ks/ Kevin Rooney
                              KEVIN ROONEY, Assistant U.S. Attorney

### ORDER

It is hereby ordered that the change of plea in UNITED STATES OF AMERICA v. DANIEL OCHOA, CR-F-12-cr-438 LJO-SKO, previously scheduled for July 8, 2013 at 8:30 a.m. be rescheduled to July 22, 2013 at 8:30 a.m. Time is excluded for the availability of counsel.

IT IS SO ORDERED.

**Dated:   June 28, 2013**          /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2